IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

      Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2011.**

      The Joint Motion to Amend the Scheduling Order [filed December 14, 2011; docket #28] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

Initial expert disclosure:     January 20, 2012
Rebuttal expert disclosure:   February 20, 2012

All other deadlines and conference dates shall remain the same.[1]

---

[1] The Court notes that the parties assert "[t]here is no trial date set in this action." Motion, ¶ 2. However, the Court reminds the parties that a trial is scheduled to commence in this case on September 24, 2012. *See* docket #26.