IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2012**.

    Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendants' Subpoena Duces Tecum Regarding Roberta Jackson [filed March 5, 2012; docket #37] is **denied without prejudice** as filed in contravention of Fed. R. Civ. P. 45(c)(3)(A) ("[o]n timely motion, the *issuing court* must quash or modify a subpoena ... .") (emphasis added).  The subpoena challenged in this matter appears to have originated in the United States District Court for the District of Arizona. *See* docket #41.