IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01384-MEH-KMT | Date:   March 27, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| JAMES E. BERWICK and<br>AFFILIATES IN ORAL AND MAXILLOFACIAL<br>SURGERY, P.C.,<br><br>          Plaintiffs,<br><br>vs.<br><br>THE HARTFORD FIRE INSURANCE COMPANY,<br><br>          Defendants. | Patric LeHouillier<br><br><br><br><br><br><br>Michael Alper<br>Evan Stephenson |

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:10 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant Hartford Fire Insurance Company's Motion for Clarification or Reconsideration of the Court's Order on Plaintiff's Motion to Compel a Rule 30(b)(6) Deposition, or for a Protective Order (Doc. #47, filed 3/12/12); Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendant's Subpoena Duces Tecum Regarding Kim Gleason under F.R.C.P. 26 and 45 (Doc. #36, filed 3/5/12); Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendants Subpoena Duces Tecum Regarding Michael Beringer under F.R.C.P. 26 and 45 (Doc. #39, filed 3/6/12); Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendants Subpoena Duces Tecum Regarding Bradley Levin under F.R.C.P. 26 and 45 (Doc. #43, filed 3/6/12); Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendant's Subpoena Duces Tecum Regarding Kurt Kofford under F.R.C.P. 26 and 45 (Doc. 44, filed 3/6/12); Defendant's Motion for Leave to Take Certain Depositions after Discovery Cutoff (Doc. #59, filed 3/23/12); and Defendant Hartford Fire Insurance Company's Motion for Leave to Reconvene the Deposition of Affiliates in Oral and Maxillofacial Surgery, P.C., to Develop Evidence Relating to Plaintiffs' Withholding and Untimely Disclosure of Key Documents (Doc. #57, filed 3/22/12).

As to Defendant Hartford Fire Insurance Company's Motion to Compel and for a Ruling that Plaintiffs have Waived Objections to Defendant's Discovery Requests (Doc. #60, filed 3/23/12), Mr. LeHouillier states that he would like to file a written response to the motion.

**ORDERED:**  1. Defendant Hartford Fire Insurance Company's Motion for Clarification or Reconsideration of the Court's Order on Plaintiff's Motion to Compel a Rule 30(b)(6) Deposition, or for a Protective Order (Doc. #47, filed 3/12/12) is GRANTED as stated on the record. **On or before April 6, 2012,** Defendant shall identify to Plaintiffs all lawsuits involving Hartford across the country where there was no coverage, where coverage was acknowledged, and business income was at issue.

2. Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendant's Subpoena Duces Tecum Regarding Kim Gleason under F.R.C.P. 26 and 45 (Doc. #36, filed 3/5/12) is GRANTED in part and DENIED in part as stated on the record. Plaintiffs shall produce the relevant documents requested, except privileged documents, **on or before April 10, 2012.** The Court will not enter an order regarding privilege at this time.

3. Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendant's Subpoena Duces Tecum Regarding Michael Beringer under F.R.C.P. 26 and 45 (Doc. #39, filed 3/6/12) is GRANTED as stated on the record, without prejudice to Defendant obtaining documents based on its analysis of the privilege log. Plaintiffs shall produce the privilege log to Defendant **on or before April 10, 2012.** The Court will not enter an order regarding privilege at this time.

4. Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendant's Subpoena Duces Tecum Regarding Bradley Levin under F.R.C.P. 26 and 45 (Doc. #43, filed 3/6/12) is GRANTED in part and DENIED in part. Plaintiffs shall provide a privilege log to Defendant **on or before April 10, 2012.** The Court will not enter an order regarding privilege at this time.

5. Plaintiffs' Motion to Quash and Motion for Protective Order re: Defendant's Subpoena Duces Tecum Regarding Kurt Kofford under F.R.C.P. 26 and 45 (Doc. 44, filed 3/6/12) is GRANTED in part and DENIED in part as stated on the record. Plaintiffs shall provide a privilege log to Defendant **on or before April 10, 2012.** The Court will not enter an order regarding privilege at this time.

6. Defendant's Motion for Leave to Take Certain Depositions after Discovery Cutoff (Doc. #59, filed 3/23/12) is GRANTED as stated on the record. Further, Plaintiffs will be allowed to take the depositions of the witnesses identified on the record. The depositions of witnesses shall not

       exceed the times stated on the record as to each witness.

7. Defendant Hartford Fire Insurance Company's Motion for Leave to Reconvene the Deposition of Affiliates in Oral and Maxillofacial Surgery, P.C., to Develop Evidence Relating to Plaintiffs' Withholding and Untimely Disclosure of Key Documents (Doc. #57, filed 3/22/12) is DENIED as moot.

8. Any motions to be filed by Defendant concerning continuation of the motions to quash and/or issues regarding privileged documents shall be filed **on or before April 23, 2012.**

9. Discovery is re-opened for the purpose of complying with the orders entered on the motions addressed by the Court today.

10. The following deadlines are extended: Discovery, **May 31, 2012;** dispositive motions, **June 18, 2012.**

11. Rule 702 motions are due by **June 18, 2012.** A hearing on Rule 702 motions is set for **August 1, 2012, at 8:00 a.m.**

**Court in recess:**     **12:00 p.m.  (Hearing concluded)**
**Total time in court:**  1:50