IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2012**.

    Defendant's Partially Unopposed Motion for Entry of Protective Order Concerning the Treatment of Confidential Information and Documents [filed April 19, 2012; docket #63] is **denied without prejudice** and the proposed Protective Order is refused. The parties are granted leave to re-file the motion and submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a <u>specific</u> mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. In addition, the Court will not retain jurisdiction over any matters set forth in the proposed order after the conclusion of the case.