IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

      Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2012**.

      Plaintiffs' Motion to Compel [filed April 20, 2012; docket #64] and Defendant's Motion to Compel Production of Documents Identified on Plaintiffs' Privilege Logs for Kim Gleason, Brad Levin, and Kurt Kofford [filed April 23, 2012; docket #66] are **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a) and D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires *meaningful negotiations* by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).