IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-01384-MEH-KMT | Date:  May 4, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| JAMES E. BERWICK and<br>AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,<br><br>          Plaintiffs,<br><br>vs.<br><br>THE HARTFORD FIRE INSURANCE COMPANY,<br><br>          Defendants. | Patric LeHouillier<br><br><br><br><br><br>Evan Stephenson<br>Michael Alper |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     10:10 a.m.

Court calls case.  Appearances of counsel.

Mr. LeHouillier confesses the Defendant's Resubmitted, Partially Unopposed Motion for Entry of a Protective Order Concerning the Treatment of Confidential Information and Documents (Doc. #69, filed 4/26/12).

Argument and discussion regarding Defendant's Motion to Compel and for a Ruling that Plaintiffs Have Waived Objections to Defendant's Discovery Requests (Doc. #60, filed 3/23/12).

**ORDERED:**  1.  Defendant's Motion to Compel and for a Ruling that Plaintiffs Have Waived Objections to Defendant's Discovery Requests (Doc. #60, filed 3/23/12) is GRANTED in part and DENIED in part as stated on the record. Plaintiff shall produce the records ordered today on or before **May 16, 2012**.

2.  Defendant's Resubmitted, Partially Unopposed Motion for Entry of a Protective Order Concerning the Treatment of Confidential Information and Documents (Doc. #69, filed 4/26/12) is GRANTED.

Discussion regarding the discovery deadline, and deposition schedules and locations.

**Court in recess:**     11:33 a.m.  (Hearing concluded)

**Total time in court:**  1:23