IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

      Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2012**.

      Due to the Court's schedule and the stage of this case, the Defendant's Motion to Disregard New Arguments and Evidence Presented with Plaintiff's Reply in Support of Motion for Sanctions or, Alternatively, for Leave to File a Surreply and to Continue the June 5, 2012 Motions Hearing as to the Motion for Sanctions [filed June 4, 2012; docket #84] is **denied**.  Consistent with Fed. R. Civ. P. 1, the Court will hear argument concerning the issues raised in the briefing on the motion for sanctions at the June 5, 2012 hearing; Defendant has proffered no argument supporting any necessity for a *written* surreply in this matter.