IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01384-MEH-KMT | Date:   June 5, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| JAMES E. BERWICK and<br>AFFILIATES IN ORAL AND MAXILLOFACIAL<br>SURGERY, P.C., | Patric LeHouillier |
| Plaintiffs, | |
| vs. | |
| THE HARTFORD FIRE INSURANCE COMPANY, | Evan Stephenson<br>Michael Alper |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 2:06 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs' Motion for Protective Orders (Doc. #75, filed 5/24/12).

**ORDERED:** Plaintiffs' Motion for Protective Orders (Doc. #75, filed 5/24/12) is DENIED as stated on the record.

Argument and discussion regarding Plaintiffs' Motion for Sanctions (Doc. #74, filed 5/24/12).

**ORDERED:** Plaintiffs' Motion for Sanctions (Doc. #74, filed 5/24/12) is GRANTED in part and DENIED in part as stated on the record.

Discussion regarding retaking the deposition of Mary Faucher, Defendant Hartford Fire Insurance Company's Motion to Continue the Final Pretrial Conference and the Trial (Doc. #87, filed 6/5/12), and Defendant Hartford Fire Insurance Company's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37(b) for Plaintiffs' Failure to Comply with the Court's May 4, 2012 Discovery Order (Doc. #86, filed 6/5/12).

**ORDERED:** 1. The Court will allow Plaintiff to take a telephonic or video deposition of Mary Faucher, not to exceed two (2) hours.  Plaintiffs' counsel is not permitted to ask any questions that were asked at Mary Faucher's previous

        deposition.

2. Defendant Hartford Fire Insurance Company's Motion to Continue the Final Pretrial Conference and the Trial (Doc. #87, filed 6/5/12) is GRANTED in part and DENIED without prejudice in part. **The Final Pretrial Conference is RESET for August 1, 2012, at 8:00 a.m.** The motion is denied without prejudice as to resetting the trial date. **The dispositive motion deadline is extended to July 6, 2012.**

3. Defendant Hartford Fire Insurance Company's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37(b) for Plaintiffs' Failure to Comply with the Court's May 4, 2012 Discovery Order (Doc. #86, filed 6/5/12) is GRANTED in part and DENIED in part. The request for sanctions is denied.

**Court in recess:**   **6:06 p.m.  (Hearing concluded)**
**Total time in court:**  4:00