IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

      Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 25, 2012**.

      Finding that it complies with the requirements of D.C. Colo. LCivR 7.2, Defendant's Unopposed Motion to Restrict Exhibit 2 to Defendant's Response to Plaintiffs' Motion for Protective Orders [filed July 19, 2012; docket #104] is **granted**. The Clerk of the Court is directed to maintain under Level One restriction the document found at docket #105.