**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-01384-MEH-KMT | Date: August 1, 2012 |
| Courtroom Deputy: Nicholas Richards | **FTR – Courtroom A501** |

| | |
|---|---|
| JAMES E. BERWICK and<br>AFFILIATES IN ORAL AND MAXILLOFACIAL<br>SURGERY, P.C., | Patric LeHouillier |
| Plaintiffs, | |
| vs. | |
| THE HARTFORD FIRE INSURANCE COMPANY, | Evan Stephenson<br>Michael D. Alper |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING and FINAL PRETRIAL CONFERENCE**

**Court in session:** 3:14 p.m.

Court calls case. Appearances of counsel.

(X) The Final Pretrial Order was not approved; a further Final Pretrial Conference is set before the Magistrate Judge on February 20, 2013 at 9:30 a.m. A proposed Final Pretrial Order shall be supplied by February 13, 2013.

Argument and discussion regarding Plaintiff's Motion for Protective Orders (Doc. No. 92, filed June 26, 2012), Plaintiff's Motion to Compel (Doc. No. 94, filed July 2, 2012), Defendant's Motion for an Extension of Time Until July 6, 2012 to File One Rule 702 Motion Directed at a Single Expert Witness (Doc. No. 98, filed July 6, 2012), Plaintiffs' Motion to Strike Defendant's Supplemental Expert Report of Michael A. Zeeb (Doc. No. 101, filed July 13, 2012), and Defendant's Motion to Continue the September 24, 2012 Trial and Related Deadlines, With Request for Expedited Briefing Schedule (Doc. No. 107, filed July 23, 2012).

**ORDERED:** 1. Defendant's Motion to Continue the September 24, 2012 Trial and Related Deadlines, With Request for Expedited Briefing Schedule (107) is **GRANTED**. The 6-day jury trial currently set to begin on September 24, 2012 at 9:00 a.m. is **VACATED** and reset to April 22, 2013 at 9:00 a.m. The Trial Preparation Conference currently set for September 10, 2012 at

        3:00 p.m. is **VACATED** and reset to March 20, 2013 at 9:30 a.m.

2. Defendant's Motion for an Extension of Time Until July 6, 2012 to File One Rule 702 Motion Directed at a Single Expert Witness (98) is **GRANTED** as stated on the record. Plaintiff may respond to the 702 motion on or before August 22, 2012. Defendant shall reply on or before September 5, 2012.

3. Plaintiff's Motion for Protective Order (92) is **DENIED** as stated on the record. Plaintiff's can depose Dr. James Berwick for no more than 2 hours. The deposition shall be held in Colorado Springs. Should difficulties arise, counsel is encouraged to contact the chambers of Magistrate Judge Hegarty. Dr. Berwick must be able to describe his internal filing systems, be able to provide an intake form and what's on them, subject to the protective order in this matter, and what was done with the forms. If the forms were destroyed, Dr. Berwick must answer when they were destroyed. Dr. Berwick shall not destroy any intake forms going forward.

4. Plaintiff's Motion to Compel (94) is **DENIED** as moot without prejudice as stated on the record.

5. Plaintiff's Motion to Strike Defendant's Supplemental Expert Report of Michael A. Zeeb (101) is **TAKEN UNDER ADVISEMENT** as stated on the record. Plaintiff may submit supplemental briefing on or before August 10, 2012. Defendant's shall respond on or before August 15, 2012.

Discussion regarding production of business records in storage and hard-drive imaging.

**ORDERED:** 1. The parties may file a motion regarding the business records at issue.

2. The parties shall select a third-party IT expert to confer with Dr. Berwick's IT personnel and produce referral databases and, to the extent it exists, IT examination relating to the issue of intake forms from the hard drives of Dr. Berwick's computer system. The parties shall file a Status Report with the court when the tasks are either accomplished or issues are raised in the production.

**Court in recess:**    5:43 a.m    (Hearing concluded)
**Total time in court:**  2:29