IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2012.**

    Defendant's Motion to Withdraw Doc. 132, for the Purpose of Filing a Corrected Version of the Same Motion [filed August 28, 2012; docket #133] is **granted**. Defendant's Motion to Compel with Discovery Requests Seeking Production of Plaintiffs' Buy-Sell Agreement [filed August 28, 2012; docket #132] is **withdrawn**.