IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2012**.

    Plaintiffs' Motion to Vacate and Reschedule November 6, 2012 Hearing [filed November 1, 2012; docket #151] is **granted**. The motion hearing currently scheduled for November 6, 2012 is **vacated and rescheduled** to Friday, **November 16, 2012, at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All other aspects of this Court's October 30, 2012 order remain in effect.