IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01384-MEH-KMT | Date:  November 16, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| JAMES E. BERWICK and<br>AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C., | Patric LeHouillier |
| Plaintiffs, | |
| vs. | |
| THE HARTFORD FIRE INSURANCE COMPANY, | Evan Stephenson |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:02 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Re-Open Discovery for the Limited Purpose of Obtaining the Claim Activity Log (Doc. #142, filed 9/18/12).

**ORDERED:**  Plaintiff's Motion to Re-Open Discovery for the Limited Purpose of Obtaining the Claim Activity Log (Doc. #142, filed 9/18/12) is DENIED as stated on the record.

**Court in recess:**     **10:34 a.m.  (Hearing concluded)**
**Total time in court:**  32 minutes