IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.  11-cv-01384-MEH-KMT　　　　　　　　　Date:  November 16, 2012
Courtroom Deputy: Cathy Coomes　　　　　　　　　　　　**FTR – Courtroom A501**

JAMES E. BERWICK and　　　　　　　　　　　　　　　　　Patric LeHouillier
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

　　　　Plaintiffs,

vs.

THE HARTFORD FIRE INSURANCE COMPANY,　　　　　Evan Stephenson

　　　　Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**　　10:02 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Re-Open Discovery for the Limited Purpose of Obtaining the Claim Activity Log (Doc. #142, filed 9/18/12).

**ORDERED:**  Plaintiff's Motion to Re-Open Discovery for the Limited Purpose of Obtaining the Claim Activity Log (Doc. #142, filed 9/18/12) is DENIED as stated on the record.

**Court in recess:**　　10:34 a.m.  **(Hearing concluded)**
**Total time in court:**　32 minutes