IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

    Defendant.

---

**ORDER ON ATTORNEY'S FEES INCURRED IN CONNECTION WITH MOTION TO COMPEL PRODUCTION OF LARRY CHATTERLEY'S FILE**

---

**Michael E. Hegarty, United States Magistrate Judge.**

    As instructed by the Court, Defendant has filed its Application for Attorneys' Fees in Making Its Motion to Compel Production of the Chatterley File [filed October 31, 2012; docket #150]. Pursuant to my Order of September 25, 2012 [docket #144] at page 3, Plaintiffs were ordered to respond within five business days; if three days are added for service and considering the Veteran's Day holiday, the response filed November 13, 2012 is timely. The Court **grants** Defendant's motion as follows. The Court believes a four-hour reduction is appropriate. Plaintiffs shall pay $3,168.00 within 45 days of the date of this Order.

    Dated at Denver, Colorado, this 16th day of November, 2012.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge