IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 11-cv-01384-MEH-KMT

JAMES E. BERWICK,
AFFILIATES IN ORAL AND MAXILLOFACIAL SURGERY, P.C.,

    Plaintiffs,

v.

HARTFORD FIRE INSURANCE COMPANY, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Stipulat[ed Motion] for Dismissal with Prejudice [filed March 26, 2013; docket #167] is **granted**. This action is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated at Denver, Colorado this 28th day of March, 2013.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge